UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **11-4076 JSB** |
| | ) | USMJ BRYANT |
| v. | ) | |
| | ) | |
| DEANGELO M. DERRICK | ) | |
| a/k/a SNIPE | ) | |

## UNITED STATES' MOTION TO SEAL
## COMPLAINT/AFFIDAVIT/ARREST WARRANT

The United States requests the complaint, affidavit, and warrant in this case be sealed until further order of the Court to safeguard the officers responsible for executing the warrant, and that the United States be permitted to reveal these documents to the defendant upon execution of the warrant.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY
By: *s/ Sunny A.M. Koshy 9/22/11*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JOHN S. BRYANT
U.S. Magistrate Judge