UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 11-4076 |
| v. | ) |
| | ) |
| | ) |
| DEANGELO M. DERRICK | ) |
| a/k/a SNIPE | ) |

## MOTION TO UNSEAL THE COMPLAINT/ AFFIDAVIT/ ARREST WARRANT

Comes now the United States and requests the complaint, affidavit and arrest warrant in this case be unsealed. The defendant is currently in custody.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

10/13/11

SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

SO ORDERED: _____
E. CLIFTON KNOWLES
United States Magistrate Judge